# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE PEREZ MACHIC, | CASE NO. C13-1959 MJP |
| Petitioner, | ORDER ON REPORT AND RECOMMENDATION |
| v. | |
| NATALIE ASHER, | |
| Respondent. | |

The Court has received and reviewed the Report and Recommendation (Dkt. No. 3) in the above-entitled case. Magistrate Judge Tsuchida recommends dismissal without prejudice for the Petitioner's failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

As Petitioner's objections to the R&R point out (Dkt. No. 4), his failure to pay the filing fee was an oversight which he has since corrected. A review of CM/ECF confirms that Petitioner paid his filing fee in this matter. Therefore,

IT IS ORDERED that this matter is re-referred to the Magistrate Judge for a reconsideration of the recommendation of dismissal in light of the payment of the filing fee.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated this 16th day of January, 2014.

_____
Marsha J. Pechman
United States District Judge